# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| CACI, Inc. – Federal ) | ASBCA No. 60636 |
| ) | |
| Under Contract Nos.  DASC01-03-C-0003  ) | |
| N00140-03-C-0040  ) | |
| N00600-01-D-7113  ) | |

APPEARANCES FOR THE APPELLANT:      J. William Koegel, Jr., Esq.
  General Counsel
Elizabeth M. Gill, Esq.
  Deputy General Counsel

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Cara A. Wulf, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  30 August 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60636, Appeal of CACI, Inc. – Federal, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals